IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BLAINE ANTHONY SAMUDIO                                                                    PLAINTIFF

v.                                                                    CIVIL ACTION NO. 3:21-CV-244-SA-RP

DESOTO COUNTY, MISSISSIPPI, et al                                                       DEFENDANT

ORDER

On February 22, 2023, the Magistrate Judge granted John Keith Perry, Jr.'s Motion to Withdraw [30] as Plaintiff Blaine Anthony Samudio's counsel. That Order [32] gave Samudio a deadline of March 22, 2023 to "either (1) retain other counsel, (2) notify the court that he intends not to prosecute this case, or (3) advise the court that he intends to proceed *pro se*, meaning to represent himself without an attorney in this case." [32] at p. 1. To date, the Court has not received a response. The Court hereby grants Samudio fourteen (14) more days to comply with the Magistrate Judge's Order [32]. Samudio is warned that if he fails to do so, the Court will dismiss this case without prejudice for failure to prosecute.

The Clerk of Court is directed to mail a copy of this Order and the Court's previous Order [32] to the Plaintiff at the address listed on the docket.

SO ORDERED, this the 27th day of March, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE