IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BLAINE ANTHONY SAMUDIO PLAINTIFF

v. CIVIL ACTION NO. 3:21-CV-244-SA-RP

DESOTO COUNTY, MISSISSIPPI, et al DEFENDANT

ORDER

On February 22, 2023, the Magistrate Judge granted John Keith Perry, Jr.'s Motion to Withdraw [30] as Plaintiff Blaine Anthony Samudio's counsel. That Order [32] gave Samudio a deadline of March 22, 2023 to "either (1) retain other counsel, (2) notify the court that he intends not to prosecute this case, or (3) advise the court that he intends to proceed *pro se*, meaning to represent himself without an attorney in this case." [32] at p. 1. On March 27, 2023, having received no response, the Court granted Samudio fourteen (14) more days to comply with the Magistrate Judge's Order [32]. The Court's March 27 Order [33] warned that if Samudio failed to comply, the Court would dismiss this case *without prejudice* for failure to prosecute. To date, the Court has received no response. Therefore, this case is hereby DISMISSED *without prejudice*. This CASE is CLOSED.

The Clerk of Court is directed to mail a copy of this Order to the Plaintiff at the address listed on the docket.

SO ORDERED, this the 12th day of April, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE